UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:09-MJ-1488-T-EAJ

JORGE SOCORRO

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Complaint in the above-captioned case. Leave of Court is granted and the Complaint is dismissed in the above-captioned case.

DONE AND ORDERED this 16th day of February, 2016.

ELIZABETH A. JENKINS
United States Magistrate Judge